# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| R.F. MACDONALD CO. and CLEAVER-BROOKS, INC.,<br><br>Plaintiffs<br><br>v.<br><br>SIERRA BOILER SERVICE, INC., et al.,<br><br>Defendants | Case No.: 3:21-cv-00045-APG-WGC<br><br>**Order Setting Hearing on Motion for Temporary Restraining Order**<br><br>[ECF No. 3] |

The plaintiff's motion for temporary restraining order (ECF No. 3) is set for a videoconference hearing on Thursday, February 4, 2021 at 3:00 p.m. PST. No witness testimony will be taken at that hearing. Details on how to access the hearing will be provided by separate order. The scheduling of that hearing is contingent upon the plaintiff timely serving the appropriate papers upon the defendants as described below.

The defendants may file responses to the motion for temporary restraining order by February 2, 2021.

It appears from the record that the plaintiffs have served the defendants with the complaint and the motion. I order the plaintiffs to provide copies of this order to the defendants (or their counsel if known) by email, fax, hand delivery, or other means to provide notice in adequate time to allow them to respond and to attend the hearing. The plaintiff shall file proof of such service by January 29, 2021.

DATED this 25th day of January, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE