**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| R.F. MACDONALD CO., and CLEAVER-BROOKS, INC.,<br><br>Plaintiffs<br><br>v.<br><br>SIERRA BOILER SERVICE, INC., PYRO COMBUSTION AND CONTROLS, INC., CANDICE GEORGE, THOMAS WILEY, and GARY PFIZENMAYER,<br><br>Defendants | Case No.: 3:21-cv-00045-APG-WGC<br><br>**Order Granting Motion to Seal**<br><br>[ECF No. 16] |

The plaintiffs previously filed redacted versions of Exhibits 5, 6, 7, 8, and 11 to their motions for temporary restraining order and preliminary injunction. ECF Nos. 3, 4. The redactions block out confidential and proprietary business information and trade secrets. They now move for permission to file under seal unredacted versions of those exhibits. ECF No. 16. The plaintiffs' motion satisfies the standard for sealing under *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006).

I THEREFORE ORDER that the plaintiffs' motion to seal **(ECF No. 16) is granted**. The plaintiffs shall file, under seal, unredacted versions of Exhibits 5, 6, 7, 8, and 11 to their motions for temporary restraining order and preliminary injunction. The clerk of court shall maintain those exhibits under seal.

DATED this 22nd day of January, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE