LEIGH T. GODDARD (NV Bar No. 6315)
JANE SUSSKIND (NV Bar No. 15099)
**McDONALD CARANO LLP**
100 W. Liberty St., Tenth Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
lgoddard@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com
*Attorneys for Plaintiff R.F. MacDonald Co.
and Cleaver-Brooks, Inc.*

SALLY A. PIEFER (WI Bar No. 1023257)
*Admitted Pro Hac Vice*
**LINDNER & MARSACK, S.C.**
411 E. Wisconsin Ave., Suite 1800
Milwaukee, WI 53202
Telephone: (414) 273-3910
spiefer@lindner-marsack.com
*Attorneys for Plaintiff Cleaver-Brooks, Inc.*

SHAUNA N. CORREIA (NV Bar No. 9874)
JAMES KACHMAR (NV Bar No. 6369)
**WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN**
475 Sansome St., Suite 510
San Francisco, CA 94111
Telephone: (415)772-9655
scorreia@weintraub.com
jkachmar@weintraub.com
*Attorneys for Plaintiff R.F. MacDonald Co.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \* \* \*

| | |
|---|---|
| R.F. MACDONALD CO., CLEAVER-BROOKS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>SIERRA BOILER SERVICE, INC., PYRO COMBUSTION AND CONTROLS, INC., CANDICE GEORGE, THOMAS WILEY, and GARY PFIZENMAYER, <br><br>Defendants. | Case. No. 3:21-CV-00045-APG-WGC <br><br>**STIPULATION AND ORDER TO GRANT PLAINTIFFS' MOTION TO REDACT PORTIONS OF THE TRANSCRIPT THAT CONTAIN CONFIDENTIAL INFORMATION** |

Plaintiffs R.F. MacDonald Co. ("MacDonald") and Cleaver-Brooks, Inc. ("Cleaver-Brooks", and together with MacDonald, the "Plaintiffs") and Defendants Sierra Boiler Service,

1 | Inc., Pyro Combustion and Controls, Inc., Candice George, Thomas Wiley, and Gary Pfizenmayer (collectively, "Defendants"), by and through their counsel of record agree as follows:

1. On April 7, 2021, Plaintiffs filed Plaintiffs' Motion to Redact Portions of the Transcript that Contain Confidential Information (ECF No. 49) (the "Motion").

2. On April 21, 2021, Defendants filed their Opposition to Plaintiffs' Motion to Redact Portions of the Transcript that Contain Confidential Information (ECF No. 53) (the "Opposition").

3. On April 28, 2021, Plaintiffs filed their Reply to Defendants' Opposition (ECF No. 54).

4. After meeting and conferring, Defendants agree that their Opposition referenced above is hereby withdrawn, and the Parties have stipulated to the attached **Exhibit 1**, an excerpted version of the transcript from the March 1, 2021 hearing which contains the pages for which the Parties have stipulated should be redacted and **Exhibit 2**, an excerpted version of the transcript from the March 2, 2021 hearing which contains the pages for which the Parties have stipulated should be redacted.

5. The Parties stipulate and request that the Court GRANT Plaintiffs' Motion with respect to the attached **Exhibits 1** and **2**.

**IT IS SO STIPULATED.**

Dated this 25th day of June, 2021.

| McDONALD CARANO LLP | WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN |
|---|---|
| */s/ Leigh Goddard* | /S/ *Shauna N. Correia* |
| Leigh Goddard | Shauna N. Correia |
| Jane Susskind | James Kachmar |
| 100 W. Liberty St., 10th Floor | 475 Sansome St., Suite 510 |
| Reno, Nevada 89501 | San Francisco, CA 94111 |
| Tel: (775) 788-2020 | Tel: (415)772-9655 |
| *Attorneys for Plaintiffs* | *Attorneys for Plaintiff R.F. MacDonald Co.* |

| LINDNER & MARSACK, S.C. | SIMONS HALL JOHNSTON PC |
|---|---|
| /S/ *Sally A. Piefer* | /S/ *Jonathan A. McGuire* |
| Sally A. Piefer | Anthony L. Hall |
| *Admitted Pro Hac Vice* | Jonathan A. McGuire |
| 411 E. Wisconsin Ave., Suite 1800 | 6490 S. McCarran Blvd., Ste. F-46 |
| Milwaukee, WI 53202 | Reno, Nevada 89509 |
| Tel: (414) 273-3910 | Tel: (775) 785-0088 |
| *Attorneys for Plaintiff Cleaver-Brooks, Inc.* | *Attorneys for Defendants* |

**IT IS SO ORDERED.**

Dated: June 30, 2021

_____
UNITED STATES DISTRICT JUDGE

3